# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| INNOVATION SCIENCES, LLC,<br>    Plaintiff,<br>v.<br><br>HTC CORPORATION,<br>    Defendant | Civil Action No.4:18-cv-00476-ALM<br>***Consolidated Lead Case*** |
| INNOVATION SCIENCES, LLC,<br>    Plaintiff,<br>v.<br><br>HTC CORPORATION,<br>    Defendant | Civil Action No.4:19-cv-00752-ALM<br>***Member Case*** |
| HTC CORPORATION,<br>HTC AMERICA, INC.,<br>    Plaintiffs<br><br>v.<br><br>INNOVATION SCIENCES, LLC,<br>    Defendant | Civil Action No.4:20-cv-00180-ALM<br>***Member Case*** |

## [PROPOSED] OPPOSED GRANTING MOTION FOR EXTENSION OF TIME

Having considered Plaintiff Innovation Sciences, LLC ("Innovation")'s Opposed Motion to Extend Time to Serve Rule 3-1 and 3-2 Disclosures, the Court concludes that the Motion should be **GRANTED**.

Therefore, it is ORDERED that Innovation's Rule 3-1 and 3-2 disclosures are due June 4, 2020.