**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| INNOVATION SCIENCES, INC., | § § | |
| v. | § § | Case No.: 4:18-cv-00476 ALM |
| HTC CORPORATION | § § | (LEAD CASE) |
| INNOVATION SCIENCES, LLC | § § | Case No.: 4:19-cv-00752 ALM |
| v. | § § | |
| HTC CORPORATION | § § | |
| HTC CORPORATION | § § | Case No.: 4:20-cv-00180 ALM |
| v. | § § | |
| INNOVATION SCIENCES, LLC | § § § | |

**HTC CORPORATION'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO INNOVATION SCIENCE, LLC'S MOTION FOR SUMMARY JUDGMENT THAT IT OWNS THE PATENTS-IN-SUIT AND HAS THE RIGHT TO SUE (4:18-CV-476, D.I. 65)**

HTC Corporation ("HTC") respectfully files this unopposed request for an extension of one week to respond to Innovation Sciences, LLC's Motion for Summary Judgment that it Owns the Patents-in-Suit and Has the Right to Sue ("Motion"). D.I. 65.

Innovation Sciences, LLC ("Innovation") has advised that it does not oppose HTC's request. HTC's current deadline to respond is June 10, 2020. The requested one week extension will shift the deadline to June 17, 2020.

Good cause exists to grant HTC's request. First, Innovation's Motion includes a sworn declaration from its principal Dr. Anne Wong in support of certain arguments and HTC has requested Dr. Wong sit for deposition so she may be examined regarding the statements made

and evidence identified in her declaration. The additional time will allow Innovation to make her available for deposition and for her testimony to be considered and submitted in HTC's response. Second, as this Court is aware, Innovation and HTC are presently involved in an investigation brought by Innovation in the International Trade Commission which included several intervening pre-hearing deadlines since Innovation filed its Motion. The additional time will allow HTC sufficient time to fully respond to Innovation's Motion.

Accordingly, HTC respectfully requests a one-week extension of time to file its responsive brief up to and including June 17, 2020.

DATED: June 9, 2020  PAUL HASTINGS LLP

By: */s/ Philip Ou*
Yar R. Chaikovsky
yarchaikovsky@paulhastings.com
Philip Ou
philipou@paulhastings.com
Bruce Yen
bruceyen@paulhastings.com
Joshua Yin
joshuayin@paulhastings.com
Benjamin Alred
benjaminalred@paulhastings.com

1117 S. California Avenue
Palo Alto, California 94304-1106
Telephone: 1(650) 320-1800
Facsimile: 1(650) 320-1900

Harry L. Gillam, Jr.
TX Bar No. 07921800
GILLAM & SMITH LLP
303 S. Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
gil@gillamsmithlaw.com

Attorneys for Defendant,
HTC CORPORATION

## CERTIFICATE OF SERVICE

      I hereby certify that on June 9, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                        */s/ Philip Ou*
                                        Philip Ou