# EXHIBIT 1
## Parties' Proposed Claim Constructions

| No. | Term | Patent | Claim(s) | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|---|---|
| 1-2 | WITHDRAWN | | | | |
| 3 | wireless HUB system is configured to receive an instruction of making a call to a cellular phone and communicate a data from the cellular phone to accommodate the phone call; wherein the data from a cellular network is converted for transmission through a WiFi network to accommodate the call. | '983 | 49 | The wireless HUB system is configured to receive an instruction to make a phone call to a cellular phone and communicate data received from the cellular phone to accommodate the phone call; wherein data from a cellular network is converted for transmission through a WiFi network to accommodate the phone call. | wireless HUB system is configured to receive an instruction to make a call to a cellular phone and configured to communicate a data from the cellular phone to accommodate the phone call; wherein the data from a cellular network is converted for transmission through a WiFi network to accommodate the call |
| 4-5 | WITHDRAWN | | | | |
| 6 | the wireless HUB system is configured to receive an instruction of making a call to a cellular phone and communicate a data from the cellular phone to accommodate the call. | '983 | 80 | The wireless HUB system is configured to receive an instruction to make a call to a cellular phone and communicate data from the cellular phone to accommodate the call | the wireless HUB system is configured to receive an instruction to make a call to a cellular phone and configured to communicate a data from the cellular phone to accommodate the call |
| 7-14 | WITHDRAWN | | | | |

**EXHIBIT 1**
**Parties' Proposed Claim Constructions**

| No. | Term | Patent | Claim(s) | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|---|---|
| 15 | a transceiver configured to receive, via a WiFi network, a first wireless signal corresponding to information directed to the wireless device, the information comprising a call, the first wireless signal being a compressed signal, wherein the wireless device is configured to receive an instruction to make the call; | '425 | 45 | The wireless device is configured to receive an instruction to make a call, and its transceiver is configured to receive, through a WiFi network, a compressed first wireless signal corresponding to information sent to the wireless device, the information comprising the call. | Indefinite under 35 U.S.C. § 112 |
| 16 | the wireless device is further configured to communicate information for managing a status update via the WiFi network in connection with a second wireless signal regarding the status update, the second wireless signal being transmitted from a sensing device via a short range wireless communication channel, the second wireless signal comprising information associated with an identifier for the sensing device; | '425 | 45 | The second wireless signal is transmitted from a sensing device via a short range wireless communication channel. The second wireless signal includes information associated with an identifier for the sensing device. The wireless device is configured to send and/or receive information for managing a status update via the WiFi network in connection with the second wireless signal relating to the status update. | the wireless device is further configured to communicate, over a WiFi-network, information for managing a change in status by using a separate short range wireless communication signal about the change in status sent from a sensing device, wherein the signal includes information associated with an identifier for the sensing device; |
| 17 | a first wireless signal corresponding to information directed to the wireless device | '425 | 45 | a first wireless signal corresponding to information sent to the wireless device | Indefinite under 35 U.S.C. § 112 |

-2-