**EXHIBIT 2**
**Innovation Sciences, LLC's Intrinsic and Extrinsic Evidence**

| No. | Term | Patent | Claim(s) | Plaintiff's Proposed Construction | Plaintiff's Intrinsic and Extrinsic Evidence[1] |
|---|---|---|---|---|---|
| 1 | WITHDRAWN | | | | |
| 2 | WITHDRAWN | | | | |
| 3 | wireless HUB system is configured to receive an instruction of making a call to a cellular phone and communicate a data from the cellular phone to accommodate the phone call; wherein the data from a cellular network is converted for transmission through a WiFi network to accommodate the call. | '983 | 49 | The wireless HUB system is configured to receive an instruction to make a phone call to a cellular phone and communicate data received from the cellular phone to accommodate the phone call; wherein data from a cellular network is converted for transmission through a WiFi network to accommodate the phone call. | '983 patent: Figs. 16, 29, 30; cols. 21:26-45, 29:37-61, 37:18-38:17, 38:48-40:3 |
| 4 | WITHDRAWN | | | | |
| 5 | WITHDRAWN | | | | |
| 6 | the wireless HUB system is configured to receive an instruction of making a call to a cellular phone and communicate a data from the | '983 | 80 | The wireless HUB system is configured to receive an instruction to make a call to a cellular phone and communicate data from the cellular phone to accommodate the call | '983 patent: Figs. 16, 29, 30; cols. 21:26-45, 29:37-61, 37:18-38:17, 38:48-40:3 |

---

[1] For this exhibit, all references to a patent figure include all text in the specification describing the figure. All citations to text in the specification include the figures described in the text.

**EXHIBIT 2**
**Innovation Sciences, LLC's Intrinsic and Extrinsic Evidence**

| No. | Term | Patent | Claim(s) | Plaintiff's Proposed Construction | Plaintiff's Intrinsic and Extrinsic Evidence[1] |
|---|---|---|---|---|---|
| | cellular phone to accommodate the call. | | | | |
| 7 | WITHDRAWN | | | | |
| 8 | WITHDRAWN | | | | |
| 9 | WITHDRAWN | | | | |
| 10 | WITHDRAWN | | | | |
| 11 | WITHDRAWN | | | | |
| 12 | WITHDRAWN | | | | |
| 13 | WITHDRAWN | | | | |
| 14 | WITHDRAWN | | | | |
| 15 | a transceiver configured to receive, via a WiFi network, a first wireless signal corresponding to information directed to the wireless device, the information comprising a call, the first wireless signal being a compressed signal, wherein the wireless device is configured to receive an instruction to make the call; | '425 | 45 | The wireless device is configured to receive an instruction to make a call, and its transceiver is configured to receive, through a WiFi network, a compressed first wireless signal corresponding to information sent to the wireless device, the information comprising the call. | '425 patent: Figs. 16, 29, 30; cols. 21:26-45, 29:39-64, 37:33-38:33, 38:63-40:19, 43:28-54 |

**EXHIBIT 2**
**Innovation Sciences, LLC's Intrinsic and Extrinsic Evidence**

| No. | Term | Patent | Claim(s) | Plaintiff's Proposed Construction | Plaintiff's Intrinsic and Extrinsic Evidence[1] |
|---|---|---|---|---|---|
| 16 | the wireless device is further configured to communicate information for managing a status update via the WiFi network in connection with a second wireless signal regarding the status update, the second wireless signal being transmitted from a sensing device via a short range wireless communication channel, the second wireless signal comprising information associated with an identifier for the sensing device; | '425 | 45 | The second wireless signal is transmitted from a sensing device via a short range wireless communication channel. The second wireless signal includes information associated with an identifier for the sensing device. The wireless device is configured to send and/or receive information for managing a status update via the WiFi network in connection with the second wireless signal relating to the status update. | '425 patent: Figs. 5, 6, 7, 8, 16, 29, 30; cols. 10:23-27, 12:43-13:62, 24:4-29, 24:55-25:29, 26:14-64, 37:53-56 |
| 17 | a first wireless signal corresponding to information directed to the wireless device | '425 | 45 | a first wireless signal corresponding to information sent to the wireless device | '425 patent: Figs. 16, 29, 30; cols. 21:26-45, 29:39-64, 37:33-38:33, 38:63-40:19, 43:28-54 |