**EXHIBIT 3**
**HTC's Intrinsic and Extrinsic Evidence**

| No. | Term | Patent | Claim(s) | HTC's Proposed Construction | HTC's Intrinsic and Extrinsic Evidence[1] |
|---|---|---|---|---|---|
| 3 | wireless HUB system is configured to receive an instruction of making a call to a cellular phone and communicate a data from the cellular phone to accommodate the phone call; wherein the data from a cellular network is converted for transmission through a WiFi network to accommodate the call. | '983 | 49 | wireless HUB system is configured to receive an instruction to make a call to a cellular phone and configured to communicate a data from the cellular phone to accommodate the phone call; wherein the data from a cellular network is converted for transmission through a WiFi network to accommodate the call. | **Intrinsic Evidence**<br>'983 patent at Figs. 3-16, 18-20, 29-30; cols. 11:29-34; 14:48-15:8; 19:47-58; 10:27-27:21; 28:16-30:29; 37:7-40:3; 52:49-53:23; 54:36-55:6. '918 Patent 44:29-41; 45:52-58; 46:59-47:10. '798 Patent 42:24-53; 44:25-27. '425 Patent 44:56-45:16; 49:6-50:18. |
| 6 | the wireless HUB system is configured to receive an instruction of making a call to a cellular phone and communicate a data from the cellular phone to accommodate the call. | '983 | 80 | the wireless HUB system is configured to receive an instruction to make a call to a cellular phone and configured to communicate a data from the cellular phone to accommodate the call. | **Intrinsic Evidence**<br>'983 patent at Figs. 3-16, 18-20, 29-30; cols. 11:29-34; 14:48-15:8; 19:47-58; 10:27-27:21; 28:16-30:29; 37:7-40:3; 52:49-53:23; 54:36-55:6. '918 Patent 44:29-41; 45:52-58; 46:59-47:10. '798 Patent 42:24-53; 44:25-27. '425 Patent 44:56-45:16; 49:6-50:18. |

---

[1] For this exhibit, all references to a patent figure include all text in the specification describing the figure. All citations to text in the specification include the figures described in the text.

**EXHIBIT 3**
**HTC's Intrinsic and Extrinsic Evidence**

| 15 | a transceiver configured to receive, via a WiFi network, a first wireless signal corresponding to information directed to the wireless device, the information comprising a call, the first wireless signal being a compressed signal, wherein the wireless device is configured to receive an instruction to make the call; | '425 | 45 | Indefinite under 35 U.S.C. § 112 | **Intrinsic Evidence**<br>'425 patent, Abstract; Fig. 9, 12, 13, 16, 18; 2:39-51, 3:35-38; 3:61-4:7; 13:3-9; 14:3-20; 16:32-17:57; 19:59-20:4; 21:26-45; 23:56-63; 21:7-27:21; 27:36-47; 28:27-32; 29:38-30:29; 37:22-32; 37:57-38:11; 38:19-26; 38:54-62; 40:43-46; 42:28-61.<br><br>U.S. Pat. Appl. 15/890,411 file history, including:<br>• Feb. 7, 2018 initial filed claims;<br>• Mar. 28, 2018 Non-Final Rejection;<br>• Jun. 28, 2018 Amendment, Claims<br>• Jul. 12, 2018 Non Patent Literature, Memorandum Opinion and Order (Claim Construction) in Virginia Innovation Sciences, Inc. v. Amazon.com, Inc., C.A. No. 1:16-cv-00861 (E.D. Va.).<br>• Jul. 12, 2018 Non Patent Literature, Memorandum Opinion and Order (Summary Judgment) in Virginia Innovation Sciences, Inc. v. Amazon.com, Inc., C.A. No. 1:16-cv-00861 (E.D. Va.).<br>• Jul. 12, 2018 Supplemental Response / Amendment, Claims, Remarks<br>• Jul. 23, 2018 Supplemental Response / Amendment, Claims, Remarks<br><br>Figs. 3-8, 16; 10:28-15-51;<br><br>**Extrinsic Evidence**<br>An expert, Mr. Stephen Gray, may provide a declaration or testimony at the Markman hearing addressing the following subjects: (i) whether the proposed |

**EXHIBIT 3**
**HTC's Intrinsic and Extrinsic Evidence**

| No. | Term | Patent | Claim(s) | HTC's Proposed Construction | HTC's Intrinsic and Extrinsic Evidence[1] |
|---|---|---|---|---|---|
| | | | | | constructions are consistent with the understanding that one of ordinary skill in the art would have had of the disputed claim term in light of the intrinsic and extrinsic evidence; (ii) whether certain claim terms fail to inform, with reasonable certainty, those skilled in the art about the scope of the invention; and (iii) explaining how one skilled in the art would understand the disclosure in the patents, the state of prior art, plain and ordinary meanings of claim terms, and the level of one skilled in the art. By the identification of Mr. Gray herein, HTC does not waive any right to, nor should it be precluded from relying on another expert with similar qualifications who may provide a declaration or testimony addressing these issues.<br><br>*Send*, Computer User's Dictionary, Microsoft Press (1998) |

**EXHIBIT 3**
**HTC's Intrinsic and Extrinsic Evidence**

| No. | Term | Patent | Claim(s) | HTC's Proposed Construction | HTC's Intrinsic and Extrinsic Evidence[1] |
|---|---|---|---|---|---|
| 16 | the wireless device is further configured to communicate information for managing a status update via the WiFi network in connection with a second wireless signal regarding the status update, the second wireless signal being transmitted from a sensing device via a short range wireless communication channel, the second wireless signal comprising information associated with an identifier for the sensing device; | '425 | 45 | the wireless device is further configured to communicate, over a WiFi-network, information for managing a change in status by using a separate short range wireless communication signal about the change in status sent from a sensing device, wherein the signal includes information associated with an identifier for the sensing device; | **Intrinsic Evidence**<br>'425 patent, Fig 1, 6, 7, 8; 6:35-42; 6:56-7:12; 7:42-58; 7:65-8:13; 11:29-34; 11:58-63; 12:19-56; 13:3-15:51; 15:52-17:60; 19:21-32; 19:47-58; 20:27-47; 28:20-26; 35:42-46; 35:59-67; 48:24-25; 49:6-50:18. '918 Patent at 44:29-41; 45:52-58; 46:59-47:10; 48:7-9. '983 Patent at 43:16-19; 46:25-29; 49:54-57; 50:45-50; 52:49-53:23; 54:36-55:6. '798 Patent at 42:24-53; 44:25-27; 45:9-15; 45:28-31.<br><br>U.S. Pat. Appl. 15/890,411 file history, including:<br>• Jul. 12, 2018 Supplemental Response / Amendment, Claims, Remarks<br><br>U.S. Pat. Appl. 15/626,192 file history, including:<br>• Nov. 7, 2017 Amendment, Claims<br><br>U.S. Pat. Appl. 15/417,111 file history, including:<br>• May 15, 2017 Amendment, Claims<br><br>U.S. Pat. Appl. 15/070,439 file history, including:<br>• May 17, 2016 Amendment, Claims<br>• Aug. 21, 2017 Response to Final Office Action, Amendments to the Claims, Remarks |

**EXHIBIT 3**
**HTC's Intrinsic and Extrinsic Evidence**

| | | | | | |
|---|---|---|---|---|---|
| 17 | a first wireless signal corresponding to information directed to the wireless device | '425 | 45 | Indefinite under 35 U.S.C. § 112 | **Intrinsic Evidence**<br>'425 patent, Abstract; Fig. 9, 12, 13, 16, 18; 2:39-51, 3:35-38; 3:61-4:7; 13:3-9; 14:3-20; 16:32-17:57; 19:59-20:4; 21:26-45; 23:44-63; 24:55-25:14; 27:36-47; 28:27-32; 38:19-26; 38:54-62; 42:28-61.<br><br>U.S. Pat. Appl. 15/890,411 file history, including:<br>• Feb. 7, 2018 initial filed claims;<br>• Mar. 28, 2018 Non-Final Rejection;<br>• Jun. 28, 2018 Amendment, Claims<br>• Jul. 12, 2018 Non Patent Literature, Memorandum Opinion and Order (Claim Construction) in Virginia Innovation Sciences, Inc. v. Amazon.com, Inc., C.A. No. 1:16-cv-00861 (E.D. Va.).<br>• Jul. 12, 2018 Non Patent Literature, Memorandum Opinion and Order (Summary Judgment) in Virginia Innovation Sciences, Inc. v. Amazon.com, Inc., C.A. No. 1:16-cv-00861 (E.D. Va.).<br>• Jul. 12, 2018 Supplemental Response / Amendment, Claims, Remarks<br>• Jul. 23, 2018 Supplemental Response / Amendment, Claims, Remarks<br><br>**Extrinsic Evidence**<br>An expert, Mr. Stephen Gray, may provide a declaration or testimony at the Markman hearing addressing the following subjects: (i) whether the proposed constructions are consistent with the understanding that one of ordinary skill in the art would have had of the disputed claim term in light of the intrinsic and extrinsic |

**EXHIBIT 3**
**HTC's Intrinsic and Extrinsic Evidence**

| No. | Term | Patent | Claim(s) | HTC's Proposed Construction | HTC's Intrinsic and Extrinsic Evidence[1] |
|---|---|---|---|---|---|
|  |  |  |  |  | evidence; (ii) whether certain claim terms fail to inform, with reasonable certainty, those skilled in the art about the scope of the invention; and (iii) explaining how one skilled in the art would understand the disclosure in the patents, the state of prior art, plain and ordinary meanings of claim terms, and the level of one skilled in the art. By the identification of Mr. Gray herein, HTC does not waive any right to, nor should it be precluded from relying on another expert with similar qualifications who may provide a declaration or testimony addressing these issues.<br><br>*Send*, Computer User's Dictionary, Microsoft Press (1998) |